EDWIN E. RISLEY, Appellant, *v.* MOON MOTOR CAR COMPANY OF NEW YORK, INC., Respondent.

*Conversion — motor car delivered to defendant for repairs — alleged refusal to return on demand.*

*Risley* v. *Moon Motor Car Co. of N. Y., Inc.,* 202 App. Div. 863, affirmed.

(Argued February 2, 1923; decided March 6, 1923.)

APPEAL from a judgment, entered August 9, 1922, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover for the alleged conversion by defendant of plaintiff's automobile which had been delivered to defendant for repairs and which plaintiff alleged defendant refused to return on demand. The Appellate Division held that there was no evidence of conversion.

*A. G. Patterson* for appellant.

*David D. Deutsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Dissenting: ANDREWS, J.

---

EDWIN G. MOORE, Appellant, *v.* EDMUND L. DAY, Respondent.

*Real property — easements — right of way — when purchaser of land on island in lake has no right of way either by implied grant, by necessity or by prescription over shore lands of his grantor.*

*Moore* v. *Day,* 199 App. Div. 76, affirmed.

(Argued February 2, 1923; decided March 6, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 5, 1922, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial. The action was to establish a right of way over defendant's land. Plaintiff's predecessor in title purchased a tract of land on